NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIAL - PORTELA & CA. SA, BIAL - HOLDING, SA, SUNOVION PHARMACEUTICALS INC.,**
*Plaintiffs-Cross-Appellants*

**v.**

**ALKEM LABORATORIES LTD.,**
*Defendant-Appellant*

---

2023-1235, 2023-1237, 2023-1239, 2023-1240

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00786-CFC-CJB, 1:18-cv-00304-CFC-CJB, 1:21-cv-00186-CFC, Chief Judge Colm F. Connolly.

---

**ON MOTION**

---

**O R D E R**

The parties submit a "Joint Stipulation to Dismiss Appeals," which the court treats as a joint motion to dismiss these appeals.

Upon consideration thereof,

2    Bial - Portela & Ca. SA v. Alkem Laboratories Ltd.


IT IS ORDERED THAT

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.


FOR THE COURT

February 6, 2023
        Date                              /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court


**ISSUED AS A MANDATE:** February 6, 2023